```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 26523
    JONATHAN DAVID WASHINGTON
    DIANN MARIE WASHINGTON                      CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-8233     SSN XXX-XX-4255

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/02/2005 and was confirmed 08/22/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  40.83% from remaining funds.

     The case was paid in full 11/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG    21432.74             .00      21432.74
CODILIS & ASSOCIATES ^     NOTICE ONLY      NOT FILED            .00            .00
CITIMORTGAGE INC           MORTGAGE ARRE     6277.48             .00       6277.48
CARMAX AUTO FINANCE        SECURED           3880.00          335.84       3880.00
CARMAX AUTO FINANCE        UNSECURED         2702.19             .00       1103.22
CITIFINANCIAL              CURRENT MORTG     8066.00             .00       8066.00
HOUSEHOLD FINANCE          SECURED           6881.00          673.44       6881.00
WEXLER & WEXLER            NOTICE ONLY      NOT FILED            .00            .00
RIVER EDGE CONDO ASSOC     MORTGAGE ARRE      954.42             .00        954.42
BOGS MANAGEMENT            UNSECURED        NOT FILED            .00            .00
BP AMOCO                   UNSECURED        NOT FILED            .00            .00
CAPITAL ONE                UNSECURED         3044.29             .00       1242.89
CAPITAL ONE                UNSECURED          860.58             .00        351.35
CAPITAL ONE                UNSECURED          987.99             .00        403.37
CAPITAL ONE                UNSECURED         3936.87             .00       1607.31
CAPITAL ONE                UNSECURED         1200.68             .00        490.20
CAPITAL ONE                UNSECURED         1504.64             .00        614.30
TOTAL DEPT MANAGEMENT      NOTICE ONLY      NOT FILED            .00            .00
CAPITAL ONE                UNSECURED OTH      646.00             .00        263.63
SMC % CARSON PIRIE SCOTT   UNSECURED          320.80             .00        130.97
CATHERINES                 UNSECURED        NOT FILED            .00            .00
WELTMAN WEINBERG & REIS    NOTICE ONLY      NOT FILED            .00            .00
EVERGREEN EMERGENCY SERV   UNSECURED        NOT FILED            .00            .00
HSBC                       UNSECURED         5139.76             .00       2098.41
ARROW FINANCIAL SERVICES   UNSECURED         4612.61             .00       1883.19
MARSHALL FIELDS            UNSECURED          666.20             .00        271.99
ROUNDUP FUNDING LLC        UNSECURED          973.04             .00        397.26
RIVER EDGE CONDO ASSOC     SECURED NOT I         .00             .00            .00
CITIFINANCIAL              SECURED NOT I      227.07             .00            .00
FORD MOTOR CREDIT          SECURED NOT I         .00             .00            .00
RIVER EDGE CONDO ASSOC     MORTGAGE NOTI   NOT FILED             .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                      2,700.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 26523 JONATHAN DAVID WASHINGTON & DIANN MARIE WASHINGTON
```

```
TOM VAUGHN                    TRUSTEE                              3,820.99
DEBTOR REFUND                 REFUND                               1,783.80

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  67,663.80

PRIORITY                                               .00
SECURED                                          47,491.64
    INTEREST                                      1,009.28
UNSECURED                                        10,858.09
ADMINISTRATIVE                                    2,700.00
TRUSTEE COMPENSATION                              3,820.99
DEBTOR REFUND                                     1,783.80
                         ---------------    ---------------
TOTALS                   67,663.80               67,663.80
```

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
  Dated: 02/24/09            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```